NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRED HUTCHINSON CANCER RESEARCH CENTER, ARGUS GENETICS, LLC, AND MARS, INC.,**
*Plaintiffs-Appellees,*

v.

**BIOPET VET LAB, INC. AND RADIO SYSTEMS CORPORATION (D/B/A PETSAFE),**
*Defendants-Appellants,*

---

2011-1249

---

Appeal from the United States District Court for the Eastern District of Virginia in 2:10-CV-616, Judge Raymond A. Jackson.

---

ON MOTION

---

Before BRYSON, *Circuit Judge.*

## ORDER

BioPet Vet Lab, Inc. et al. (BioPet) submit a motion for a stay, pending appeal, of the preliminary injunction entered by the United States District Court for the Eastern District of Virginia.

Upon consideration thereof,

IT IS ORDERED THAT:

BioPet is directed to submit a fully briefed motion for a stay, pending appeal, of the preliminary injunction within 7 days from the date of issuance of the trial court's preliminary injunction opinion.  The preliminary injunction is temporarily stayed pending this court's consideration of BioPet's fully briefed motion and Fred Hutchinson Cancer Research Center et al.'s response.

FOR THE COURT

MAR 15 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Christopher A. Abel, Esq.
     Gregory N. Stillman, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 15 2011

JAN HORBALY
CLERK